IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
IN RE: CHARLES J. & MICHELE M. KOPP )
                                    )
HOMECOMINGS FINANCIAL NETWORK,      )
          Creditor,                 )
     vs.                            ) CASE NO. 06B11599
                                    ) JUDGE JACQUELINE P. COX
CHARLES J. & MICHELE M. KOPP,       )
          Debtor                    )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Homecomings Financial Network, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the March 1, 2007 contractual payment and all those thereafter.

2. The following is an itemization of the amount due on the loan as of May 7, 2007.

    a. Attorney's Fees                        $250.00

    b. Late Charges      $56.52 X 3           $169.56

    c. Objection Fee                          $250.00

    d. Suspense                              ($1,389.10)

If no challenge to foregoing is made by motion filed with the court and served on the undersigned an the trustee within thirty days of this notice, Homecomings Financial Network rights to collect these amounts will remain unaffected.

Respectfully Submitted,
Homecomings Financial Network

/s/Yanick Polycarpe
Yanick Polycarpe

Pierce and Associates, P.C.
1 North Dearborn Street, Ste. 1300
Chicago, Illinois 60602
(312)346-9088